UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA J. ANELLO, <br> Plaintiff, <br> v. <br> COMMISSIONER OF SOCIAL SECURITY, <br> Defendant. | No. 2:17-cv-2441-KJN (PS) <br><br> <u>ORDER</u> |

Plaintiff Maria Anello, a service representative at the Social Security Administration's Santa Rosa, California Field Office, filed the instant action alleging employment discrimination by the Commissioner of Social Security. (ECF No. 1.) Plaintiff resides in Rohnert Park, California.

Even assuming, without deciding, that venue is not strictly improper in this district, the court finds that a transfer of venue pursuant to 28 U.S.C. § 1404(a) is nonetheless warranted. 28 U.S.C. § 1404(a) provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." Here, although the Commissioner of Social Security has a nationwide presence, plaintiff's place of

1

employment where the events at issue allegedly took place is located in the Northern District of California. As such, most of the witnesses and evidence concerning plaintiff's claims would also be located in that district. Additionally, given that plaintiff herself resides in the Northern District of California, that district would logically be more convenient for plaintiff, and no less convenient for the Commissioner of Social Security, than the Eastern District of California. Therefore, on balance, the interest of justice militates in favor of venue in the Northern District of California.

Accordingly, IT IS HEREBY ORDERED that:

1. This action, as well as the pending motion to proceed *in forma pauperis* (ECF No. 2) is TRANSFERRED to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a).

2. The Clerk of Court is directed to administratively close the case in this district.

Dated: January 2, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE